IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEMUEL L. COLE,

      Petitioner,

v.

WARDEN R. BRYANT,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2687

Opinion filed January 6, 2015.

Petition for Writ of Certiorari—Original Jurisdiction.

Lemuel L. Cole, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kathleen C. Hagan, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition is denied on the merits.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.